Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 18−22829−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darlene M. Hughes
   447 Second Ave.
   Bellmawr, NJ 08031

Social Security No.:
   xxx−xx−6577

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 24, 2022.

Dated: March 24, 2022
JAN:

                                                      Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-22829-ABA |
| Darlene M. Hughes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 24, 2022 | Form ID: plncf13 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darlene M. Hughes, 447 Second Ave., Bellmawr, NJ 08031-1412 |
| aty | + | Angela C. Pattison, Hill Wallack, LLP, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| cr | + | FLAGSTAR BANK, FSB, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | PHH MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | PINGORA LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517611264 | + | Aes/pnc Bank, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517611265 | + | Borough of Bellmawr, Tax Office, 21 East Browning Rd., Bellmawr, NJ 08031-2345 |
| 517727088 | + | CAMDEN COUNTY MUA, 1645 FERRY AVE, CAMDEN NJ 08104-1311 |
| 517611266 | + | Caldwell Banker Home Loans, Attn: Bankruptcy Dept., PO Box 5954, Springfield, OH 45501-5954 |
| 517611267 | | Camden County MUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 517611271 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 517611272 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517611275 | + | Mitsubishi Motors Credit of America, Inc, Attention: Banktruptcy Department, 3120 Rider Trail S, Earth City, MO 63045-1518 |
| 517650585 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 517611276 | + | Phelan Hallinan Diamond & Jones, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517611277 | + | Pingora Loan Servicing, LLC, Attn: Bankruptcy Dept., 1755 Blake St., Suite 200, Denver, CO 80202-1479 |
| 517611279 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 517611280 | + | U.S. Financial Services Inc., 21599 West Eleven Mile, Suite 100, Southfield, MI 48076-3800 |
| 517611281 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 519236529 | + | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road Anaheim, CA 92806-5948 |
| 517694857 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517611268 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2022 20:42:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517699158 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2022 20:42:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517611270 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 24 2022 20:44:00 | Diversified Consultants, Inc., Diversified Consultants, Inc., Po Box 551268, Jacksonville, FL 32255-1268 |
| 518143501 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 24 2022 20:44:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 518143502 | | Email/Text: ECMCBKNotices@ecmc.org | | |

Case 18-22829-ABA   Doc 85   Filed 03/26/22   Entered 03/27/22 00:15:20   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2022 | Form ID: plncf13 | Total Noticed: 37 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Mar 24 2022 20:44:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517909914 | Email/Text: cashiering-administrationservices@flagstar.com Mar 24 2022 20:44:00 | | FLAGSTAR BANK, FSB, ATTN: CUSTOMER SERVICE, DEPARTMENT, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 517909915 | Email/Text: cashiering-administrationservices@flagstar.com Mar 24 2022 20:44:00 | | FLAGSTAR BANK, FSB, ATTN: CUSTOMER SERVICE, DEPARTMENT, 5151 CORPORATE DRIVE, TROY, MI 48098-2639, FLAGSTAR BANK, FSB |
| 517611273 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 24 2022 20:43:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517611269 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 24 2022 20:42:20 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517611274 | + Email/Text: bk@lendingclub.com | Mar 24 2022 20:44:00 | Lending Club Corp, 71 Stevenson St, Suite 1000, San Francisco, CA 94105-2967 |
| 518651305 | + Email/Text: BKRMailOps@weltman.com | Mar 24 2022 20:44:00 | MMCA, Its Successor and Assigns, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 517653258 | + Email/Text: BKRMailOps@weltman.com | Mar 24 2022 20:44:00 | MMCA, Its Successor and Assigns, c/o Weltman, Weinberg & Reis Co LPA, 323 W. Lakeside Ave Suite 200, Cleveland OH 44113-1009 |
| 517717111 | + Email/Text: BKEBN-Notifications@ocwen.com | Mar 24 2022 20:38:00 | PHH MORTGAGE CORPORATION, PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAILSTOP: SV01, MT. LAUREL NJ 08054-4624 |
| 517611278 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 24 2022 20:38:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519236530 | *+ | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 24, 2022 | Form ID: plncf13 | Total Noticed: 37 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust I, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Craig Scott Keiser | on behalf of Creditor PHH MORTGAGE CORPORATION craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor PINGORA LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor PINGORA LOAN SERVICING LLC DMcDonough@flwlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor FLAGSTAR BANK FSB nj.bkecf@fedphe.com |
| Ronald S. Gellert | on behalf of Creditor Mitsubishi Motors Credit Of America Inc. rgellert@gsbblaw.com, abrown@gsbblaw.com |
| Thomas G. Egner | on behalf of Debtor Darlene M. Hughes tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10