# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re: Darlene Hughes

Case No.: 1822829

Claim No: 11

## CHANGE OF NAME AND/OR ADDRESS

Please submit one form for each party to the case whose name or address is being changed.

**Please select all that apply.**

**Changes to Debtor's Name and/or Address:**
- ☐ Change of name for debtor or joint debtor
- ☐ Change of address for debtor or joint debtor
- ☐ Change of address for debtors in a case

**Changes to Creditor's Name and/or Address:**
- ☐ Change of name for creditor
- ☐ Change of noticing or mailing address for a creditor
- ☑ Change of payment address for creditor

**OLD ADDRESS:**
- Name: LendingClub Corporation
- Mailing Address: Dept#34268
- Address Line 2: PO BOX 39000
- City, State, Zip: San Francisco, CA 94139
- Phone Number: 888-596-4478

**NEW ADDRESS:**
- Name: Lending Club Bank
- Mailing Address: 3440 Flair Dr.
- Address Line 2: LockBox Services #0134268
- City, State, Zip: El Monte, CA 91731
- Phone Number: 888-596-4478

☐ Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by e-mail through the Debtor Electronic Bankruptcy Noticing Program (DeBN) rather than by U.S. Mail to your mailing address. Please provide your DeBN account number(s) below. You can find your DeBN account number(s) in the subject title of all e-mailed court orders and notices. To change your e-mail address(es) for the DeBN program, use EDC Form 3-321 (Debtor's Electronic Noticing Request), select Update to Account Information, and include your new e-mail address at the bottom of the form.

Debtor's DeBN Account No.: 4536          Joint Debtor's DeBN Account No.: _____

Dated: 9/6/2023          Name: Seuksavanh Thongphanh

Signature: *Seuksavanh Thongphanh*

Title:

EDC 2-085 (Rev. 10/19)