Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−22829−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Darlene M. Hughes
    447 Second Ave.
    Bellmawr, NJ 08031

Social Security No.:
    xxx−xx−6577

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Darlene M. Hughes
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: September 11, 2024
JAN: def

                                                    Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-22829-ABA
Darlene M. Hughes                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin                                      Page 1 of 2
Date Rcvd: Sep 11, 2024      Form ID: ntcfncur                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Darlene M. Hughes, 447 Second Ave., Bellmawr, NJ 08031-1412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2024              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

**Name**                          **Email Address**

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Angela Catherine Pattison
    on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust I, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact apattison@hillwallack.com, apattison@ecf.courtdrive.com

Craig Scott Keiser
    on behalf of Creditor PHH MORTGAGE CORPORATION craig.keiser@law.njoag.gov

Denise E. Carlon
    on behalf of Creditor PINGORA LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough

Case 18-22829-ABA    Doc 106    Filed 09/13/24    Entered 09/14/24 00:17:53    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: ntcfncur | Total Noticed: 1 |

on behalf of Creditor PINGORA LOAN SERVICING LLC dmcdonough@flwlaw.com, NRodriguez@flwlaw.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Nicholas V. Rogers
    on behalf of Creditor FLAGSTAR BANK FSB nj.bkecf@fedphe.com

Ronald S. Gellert
    on behalf of Creditor Mitsubishi Motors Credit Of America Inc. rgellert@gsbblaw.com, abrown@gsbblaw.com

Thomas G. Egner
    on behalf of Debtor Darlene M. Hughes tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11