| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Darlene M. Hughes** | Case No.    **18-22829**<br>Chapter:    **13**<br>Judge: |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, __**Darlene M. Hughes**__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  __**August 28, 2024**__          __/s/ Darlene M. Hughes__
                                        **Darlene M. Hughes**
                                        Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*