| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in compliance with D.N.J. LBR 9004-1(b)** <br><br> **HILL WALLACK LLP** <br> Elizabeth K. Holdren, Esq. <br> 21 Roszel Road <br> P.O. Box 5226 <br> Princeton, NJ 08543 <br> Phone: 609-924-0808 <br> Email: eholdren@hillwallack.com <br> Attorneys for Hill Wallack LLP | |
| In Re: <br><br> See attached list | Chapter: <br><br> Case No.: <br><br> Judge: |

## NOTICE OF SUBSTITUTE OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Elizabeth K. Holdren will be substituted as attorney of record for Angela C. Pattison in the attached case list.

Dated: 02/27/2025                          /s/ Angela C. Pattison
                                                       Signature of Former Attorney

Dated: 02/27/2025                          /s/ Elizabeth K. Holdren
                                                       Signature of Substituted Attorney

# LIST OF CASES

| Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|
| 17-29573-SLM | Adam Checke | 13 | 9/28/2017 | N / A | N / A |
| 17-31085-JNP | Richard G. Olson and Stephannie A. Olson | 13 | 10/17/2017 | N / A | N / A |
| 18-10763-MBK | Shinetta Campbell | 13 | 1/13/2018 | N / A | N / A |
| 18-14102-JNP | Carnel Boyd and Debora Boyd | 13 | 3/1/2018 | N / A | N / A |
| 18-19152-VFP | Sandra R. Gordon | 13 | 5/3/2018 | N / A | N / A |
| 18-19725-JNP | Carolyn M. Madison | 13 | 5/14/2018 | N / A | N / A |
| 18-22829-ABA | Darlene M. Hughes | 13 | 6/26/2018 | N / A | N / A |
| 18-26326-JNP | Rosamond U Kargbo | 13 | 8/15/2018 | N / A | N / A |
| 18-27945-SLM | Norma E Banks | 13 | 9/7/2018 | N / A | N / A |
| 18-30069-CMG | Cheryl Wilson | 13 | 10/9/2018 | N / A | N / A |
| 18-34579-RG | Robert J Misskerg and Arlene Misskerg | 13 | 12/14/2018 | N / A | N / A |
| 19-11595-ABA | Jeremiah Craver | 13 | 1/25/2019 | N / A | N / A |
| 19-26187-JNP | Arthur Gray, Jr. | 13 | 8/22/2019 | N / A | N / A |
| 19-28481-JNP | Alvin W. Bacon, III and Inga D. Bacon | 13 | 9/29/2019 | N / A | N / A |
| 19-28789-JNP | John D McLaughlin, Jr. and Concetta McLaughlin | 13 | 10/2/2019 | N / A | N / A |
| 19-30115-MEH | Samir M Alkilani and Haya F Alkilani | 13 | 10/24/2019 | N / A | N / A |
| 19-30269-JNP | James A. Preston, Jr. | 13 | 10/28/2019 | N / A | N / A |
| 19-30315-JNP | Madinga Patricia Dweh | 13 | 10/28/2019 | N / A | N / A |
| 19-30850-JNP | Jacquelyn M. Woods | 13 | 11/4/2019 | N / A | N / A |
| 19-31905-SLM | Rashida M. Berry | 13 | 11/20/2019 | N / A | N / A |
| 19-32024-MEH | Christopher M. Smego and Andrea N. Smego | 13 | 11/22/2019 | N / A | N / A |
| 20-11907-MBK | Joseph Borowitz | 13 | 2/4/2020 | N / A | N / A |
| 20-11941-ABA | Katie Ann Snyder and Hubert Snyder | 13 | 2/5/2020 | N / A | N / A |
| 20-12284-CMG | Jeffrey M. De Noia and Cheryl Lynn De Noia | 13 | 2/11/2020 | N / A | N / A |
| 20-12365-MEH | Dimas Santiago | 13 | 2/12/2020 | N / A | N / A |
| 20-12689-JNP | Michele Taylor | 13 | 2/18/2020 | N / A | N / A |
| 20-12745-JNP | Joseph L. Hopkins, 3rd | 13 | 2/19/2020 | N / A | N / A |
| 20-13815-JNP | George L. Gaines, Sr. and Leslie L. Gaines | 13 | 3/5/2020 | N / A | N / A |
| 20-14594-MEH | Brian William DeWitt, Jr. | 13 | 3/18/2020 | N / A | N / A |
| 20-15259-VFP | Danilo Sanchez | 13 | 4/2/2020 | N / A | N / A |
| 20-15573-VFP | Francisco A Berroa | 13 | 4/15/2020 | N / A | N / A |
| 20-17056-SLM | Candace Cobb and William Cobb | 13 | 5/29/2020 | N / A | N / A |
| 20-17734- | Juan A. Ortiz and Terronie | 13 | 6/20/2020 | N / A | N / A |

| CMG | Ortiz | | | | |
|---|---|---|---|---|---|
| 20-17926-JNP | Roy W. Stauffer and Eva E. Stauffer | 13 | 6/26/2020 | N / A | N / A |
| 20-19032-JNP | Donna M. Bowen | 13 | 7/30/2020 | N / A | N / A |
| 20-20201-JNP | Michael T Monaghan and Tracy L Monaghan | 13 | 8/31/2020 | N / A | N / A |
| 20-20220-JNP | Sonyaa Y Kitchen | 13 | 9/1/2020 | N / A | N / A |
| 20-20266-MEH | Michael W. Alicakos and Nancy M. Alicakos | 13 | 9/2/2020 | N / A | N / A |
| 20-20368-JNP | Frank H. Teti and Darlene P. Teti | 13 | 9/8/2020 | N / A | N / A |
| 20-20818-MEH | Isak Litvenko | 13 | 9/22/2020 | N / A | N / A |
| 20-21562-SLM | Siegfried Z. Estrella | 13 | 10/12/2020 | N / A | N / A |
| 20-22885-JNP | Michele R. Lewis | 13 | 11/20/2020 | N / A | N / A |
| 21-10082-ABA | Steven L Saul and Nicole C Saul | 13 | 1/6/2021 | N / A | N / A |
| 21-11421-MBK | Flor B. Pilar | 13 | 2/22/2021 | N / A | N / A |
| 21-11476-MBK | Pauline I Akinode | 13 | 2/24/2021 | N / A | N / A |
| 21-11967-JNP | Gregory G. Clementi | 13 | 3/11/2021 | N / A | N / A |
| 21-12247-JNP | Theresa Lynne Stagliano | 13 | 3/19/2021 | N / A | N / A |
| 21-12608-MBK | Russell H. Howe-Smith | 13 | 3/31/2021 | N / A | N / A |
| 21-13303-JNP | Christopher James Repsher and Tamara Anne Repsher | 13 | 4/22/2021 | N / A | N / A |
| 21-13665-ABA | Michael Warriner | 13 | 5/1/2021 | N / A | N / A |
| 21-15444-JNP | Robert J Clemens | 13 | 7/1/2021 | N / A | N / A |
| 21-15691-ABA | Andrea M. Gray | 13 | 7/13/2021 | N / A | N / A |
| 21-15725-ABA | Carl C. Gustavsen, Jr. | 13 | 7/14/2021 | N / A | N / A |
| 21-15791-JNP | Vanessa Caraballo | 13 | 7/16/2021 | N / A | N / A |
| 21-16281-MBK | Martha J Balarezo and Cesar G Balarezo | 13 | 8/4/2021 | N / A | N / A |
| 21-16833-JNP | Angela R. Mauricio | 13 | 8/27/2021 | N / A | N / A |
| 21-16861-ABA | Charmen Douglas | 13 | 8/30/2021 | N / A | N / A |
| 21-17237-ABA | Mary L Cuff | 13 | 9/14/2021 | N / A | N / A |
| 21-17776-ABA | William Lakes | 13 | 10/5/2021 | N / A | N / A |
| 21-17997-JNP | Nicholas Consolo and Kristen Maria Consolo | 13 | 10/13/2021 | N / A | N / A |
| 21-18106-ABA | David Joseph Ristick | 13 | 10/18/2021 | N / A | N / A |
| 21-19003-MBK | Anthony Vincent Gallo and Karen Ann Gallo | 13 | 11/22/2021 | N / A | N / A |
| 21-19475-MBK | Sonji Morris-Darling | 13 | 12/9/2021 | N / A | N / A |
| 21-19817-ABA | Eveline L. Wallace | 13 | 12/23/2021 | N / A | N / A |
| 21-19868-JNP | Kimberly A. Sexton | 13 | 12/28/2021 | N / A | N / A |
| 22-10806-ABA | Coleman K. Cooper | 13 | 2/1/2022 | N / A | N / A |
| 22-10814-CMG | Margaret K Balarezo | 13 | 2/1/2022 | N / A | N / A |
| 22-12269-MEH | Adelina Fairman | 13 | 3/22/2022 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 22-12467-ABA | Machelle R. Woolston | 13 | 3/29/2022 | N / A | N / A |
| 22-12542-ABA | Lynette Marie Capetillo | 13 | 3/30/2022 | N / A | N / A |
| 22-12768-MBK | Stephen B. Johann and Heather E. Johann | 13 | 4/5/2022 | N / A | N / A |
| 22-12847-JNP | Terri Lyn Swenson | 13 | 4/7/2022 | N / A | N / A |
| 22-12929-JNP | Maria C. Teller | 13 | 4/11/2022 | N / A | N / A |
| 22-14052-ABA | John W. Skwira, III | 13 | 5/19/2022 | N / A | N / A |
| 22-14281-RG | Alan Francis Miller | 13 | 5/27/2022 | N / A | N / A |
| 22-14705-JNP | Dalya Hasmeen Tucker | 13 | 6/8/2022 | N / A | N / A |
| 22-14760-ABA | Beth L La Serre | 13 | 6/10/2022 | N / A | N / A |
| 22-15410-ABA | April L Griffin | 13 | 7/5/2022 | N / A | N / A |
| 22-15527-MEH | Shani Whittaker | 13 | 7/12/2022 | N / A | N / A |
| 22-16354-JNP | Velnique M. Walker | 13 | 8/12/2022 | N / A | N / A |
| 22-16368-MBK | Verona Ricketts | 13 | 8/12/2022 | N / A | N / A |
| 22-16618-JNP | Andrew W Manalo-Lamanna | 13 | 8/22/2022 | N / A | N / A |
| 22-17256-JNP | Sylvia C Harrell | 13 | 9/13/2022 | N / A | N / A |
| 22-17271-CMG | George Gordon and Eva M. Gordon | 13 | 9/14/2022 | N / A | N / A |
| 22-17390-MEH | Thomas R Cooke, III | 13 | 9/19/2022 | N / A | N / A |
| 22-18206-JKS | Brian Lyles | 13 | 10/16/2022 | N / A | N / A |
| 22-18435-JNP | Blair B. Linneman and Nicole Lynn Linneman | 13 | 10/25/2022 | N / A | N / A |
| 22-18488-JNP | Danielle M. Funk | 13 | 10/26/2022 | N / A | N / A |
| 22-18578-RG | Ivan Reyes and Grace Reyes | 13 | 10/28/2022 | N / A | N / A |
| 22-18904-JNP | Ashton Alexander Properties I, LLC | 11 | 11/9/2022 | N / A | N / A |
| 22-19195-ABA | Eliezer Vazquez, Jr. | 13 | 11/18/2022 | N / A | N / A |
| 22-19507-JNP | Jennifer A. Hamlet | 13 | 11/30/2022 | N / A | N / A |
| 22-19556-ABA | Luis A. Velez | 13 | 12/1/2022 | N / A | N / A |
| 22-19704-CMG | Edward Aloysius Lee and Vaughn Ellen Lee | 13 | 12/8/2022 | N / A | N / A |
| 22-20005-ABA | Michele L. Ulrich | 13 | 12/21/2022 | N / A | N / A |
| 22-20093-ABA | Saudia Asia Peterson | 13 | 12/23/2022 | N / A | N / A |
| 23-10044-JNP | Sharon D. Mitchell and Gerald V. Mitchell | 13 | 1/3/2023 | N / A | N / A |
| 23-10146-ABA | Michael Paree Crawley | 13 | 1/6/2023 | N / A | N / A |
| 23-10221-JKS | Ranxez Garcia | 11 | 1/10/2023 | N / A | N / A |
| 23-10357-JNP | Jacqueline Caddle | 13 | 1/16/2023 | N / A | N / A |
| 23-10361-MBK | Harold E Weber, Jr. and Jodie L Weber | 13 | 1/16/2023 | N / A | N / A |
| 23-10480-JNP | Rosario J Colella and Rebecca A Colella | 13 | 1/19/2023 | N / A | N / A |
| 23-10612-JNP | Veronica Sanchez | 13 | 1/24/2023 | N / A | N / A |
| 23-10836-JNP | Nicolette A. Colanino | 13 | 2/1/2023 | N / A | N / A |
| 23-11278-JKS | Adele Guerrero Nunez | 13 | 2/17/2023 | N / A | N / A |
| 23-11494-CMG | Charles J Loiacono and Susan A Loiacono | 13 | 2/25/2023 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-11546-JNP | Brenda A. Silvera | 13 | 2/27/2023 | N / A | N / A |
| 23-11659-MEH | Matthew Edwards and Jacquelyn Edwards | 13 | 3/1/2023 | N / A | N / A |
| 23-12063-JKS | Leonor R. Mangels | 13 | 3/14/2023 | N / A | N / A |
| 23-12154-ABA | Lynn M. Vespe | 13 | 3/16/2023 | N / A | N / A |
| 23-12156-ABA | Dana L Still | 13 | 3/16/2023 | N / A | N / A |
| 23-12205-ABA | Erin Brooks | 13 | 3/17/2023 | N / A | N / A |
| 23-12220-CMG | Joseph C Biezewski and Kristin Biezewski | 13 | 3/18/2023 | N / A | N / A |
| 23-12388-CMG | Antonio L. DeCampos | 13 | 3/23/2023 | N / A | N / A |
| 23-12506-JNP | Anatilde Acevedo | 13 | 3/28/2023 | N / A | N / A |
| 23-12570-JNP | Charles Michael Leonardo and Annmarie Leonardo | 13 | 3/29/2023 | N / A | N / A |
| 23-12798-CMG | Regina Machado and Urbano Machado, Jr | 13 | 4/4/2023 | N / A | N / A |
| 23-12875-JNP | Marilyn D. Cobb | 13 | 4/5/2023 | N / A | N / A |
| 23-12880-JNP | Guillermo Mendez and Nuvonda Mendez | 13 | 4/6/2023 | N / A | N / A |
| 23-13141-MBK | Shareefah T. Beecher | 13 | 4/17/2023 | N / A | N / A |
| 23-13265-ABA | Michael Leigh Konecsny and Robert Vincent Konecsny, Jr. | 13 | 4/19/2023 | N / A | N / A |
| 23-13677-ABA | Sean Angelini | 11 | 4/28/2023 | N / A | N / A |
| 23-13757-JKS | Veronica A. Lourido | 13 | 5/1/2023 | N / A | N / A |
| 23-13833-ABA | Kylene E Milligan | 13 | 5/4/2023 | N / A | N / A |
| 23-13897-RG | GREGORIO ROMANO | 13 | 5/5/2023 | N / A | N / A |
| 23-14062-JNP | Kim M. Cooper | 13 | 5/11/2023 | N / A | N / A |
| 23-14055-RG | Barbara Ann Canty | 13 | 5/11/2023 | N / A | N / A |
| 23-14062-JNP | Kim M. Cooper | 13 | 5/11/2023 | N / A | N / A |
| 23-14086-JNP | Alfred J. Scafisi and Rhonda A. Scafisi | 13 | 5/12/2023 | N / A | N / A |
| 23-14157-JNP | Patricia C. Casher | 13 | 5/16/2023 | N / A | N / A |
| 23-14272-JNP | Bernard D Spaulding, Jr. | 13 | 5/19/2023 | N / A | N / A |
| 23-14325-JNP | Mollie R. Pitock | 13 | 5/22/2023 | N / A | N / A |
| 23-14407-ABA | Steven Ronald Veach, Jr. | 13 | 5/23/2023 | N / A | N / A |
| 23-14475-JKS | Miguel A. Concepcion | 13 | 5/24/2023 | N / A | N / A |
| 23-15176-RG | Michelle L. Otero | 13 | 6/14/2023 | N / A | N / A |
| 23-15218-MBK | Jeffrey Domenick, Jr. | 13 | 6/15/2023 | N / A | N / A |
| 23-15217-VFP | Jon-Michael Trivett | 13 | 6/16/2023 | N / A | N / A |
| 23-15247-JKS | April Shakeerah Goshay | 13 | 6/16/2023 | N / A | N / A |
| 23-15316-JKS | Kim Thompkins | 13 | 6/20/2023 | N / A | N / A |
| 23-15421-ABA | Kennard Ridgeway | 13 | 6/23/2023 | N / A | N / A |
| 23-15425-RG | Ashley M Campbell and Icyline Campbell | 13 | 6/23/2023 | N / A | N / A |
| 23-15428-MEH | Beth Ann James | 13 | 6/23/2023 | N / A | N / A |
| 23-15553-MEH | Mary F. Kenny | 13 | 6/28/2023 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-15636-SLM | Marcia Kerr-Hee | 13 | 6/30/2023 | N / A | N / A |
| 23-15808-MBK | Thomas O'Brien and Melissa O'Brien | 13 | 7/6/2023 | N / A | N / A |
| 23-15971-RG | Steven T. Margaritondo and Stacy Margaritondo | 13 | 7/13/2023 | N / A | N / A |
| 23-16147-VFP | Katiusca D. Nina-Hawkins | 13 | 7/19/2023 | N / A | N / A |
| 23-16455-CMG | Pierre E. Leneus | 7 | 7/28/2023 | N / A | N / A |
| 23-16581-CMG | Elmer S Yager | 13 | 8/1/2023 | N / A | N / A |
| 23-16767-JNP | Janelle L. Bonhomme | 13 | 8/6/2023 | N / A | N / A |
| 23-16864-MEH | Ricky D Criqui | 13 | 8/9/2023 | N / A | N / A |
| 23-16880-SLM | Christopher O Patterson | 13 | 8/9/2023 | N / A | N / A |
| 23-16934-MBK | Ronald Jackson | 13 | 8/11/2023 | N / A | N / A |
| 23-17213-ABA | Pawel A. Mazurkiewicz and Malgorzata Mazurkiewicz | 13 | 8/21/2023 | N / A | N / A |
| 23-17235-MBK | Marlo A Palmer and Celsa Palmer | 13 | 8/21/2023 | N / A | N / A |
| 23-17268-JKS | John A. Gooler | 13 | 8/22/2023 | N / A | N / A |
| 23-17399-MEH | Miguel E Perez | 13 | 8/25/2023 | N / A | N / A |
| 23-17572-MBK | Gladys M Acosta-Romero | 13 | 8/30/2023 | N / A | N / A |
| 23-17741-ABA | Joseph W. Szczurowski | 13 | 9/5/2023 | N / A | N / A |
| 23-17860-ABA | Tracy Lynette Whitted | 13 | 9/8/2023 | N / A | N / A |
| 23-17972-RG | Lissette B. Pacheco | 13 | 9/12/2023 | N / A | N / A |
| 23-18231-MBK | Lorena Vinueza | 13 | 9/20/2023 | N / A | N / A |
| 23-18276-ABA | Timothy M Kelly | 13 | 9/22/2023 | N / A | N / A |
| 23-18421-ABA | Alvin James Gillyard | 13 | 9/27/2023 | N / A | N / A |
| 23-18818-RG | Nigel Langley, Sr. and Taheera D Langley | 13 | 10/9/2023 | N / A | N / A |
| 23-18931-CMG | Tara E. Jones-McDonald | 13 | 10/13/2023 | N / A | N / A |
| 23-19146-SLM | Donald R Lane | 13 | 10/16/2023 | N / A | N / A |
| 23-19257-ABA | Stephen David Samost | 11 | 10/18/2023 | N / A | N / A |
| 23-19246-VFP | Belete G Belachew | 13 | 10/18/2023 | N / A | N / A |
| 23-19305-MBK | Wailane L. Miller | 13 | 10/19/2023 | N / A | N / A |
| 23-19524-VFP | Fausto Perez | 13 | 10/27/2023 | N / A | N / A |
| 23-19553-CMG | John S. Hollingsworth | 13 | 10/29/2023 | N / A | N / A |
| 23-19564-MEH | Latoria L. Highsmith | 13 | 10/30/2023 | N / A | N / A |
| 23-19782-ABA | Ralph W. Garland and Charmaine A. Garland | 13 | 11/2/2023 | N / A | N / A |
| 23-20388-MEH | Lynda K. Jeannette | 13 | 11/7/2023 | N / A | N / A |
| 23-20416-CMG | Ann W. Chan | 13 | 11/7/2023 | N / A | N / A |
| 23-20433-RG | Alberto Henriques DeOliveira and Rosalinda Cunha Oliveira | 13 | 11/8/2023 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-20801-JKS | Hazel T Quesada | 13 | 11/19/2023 | N / A | N / A |
| 23-20806-JNP | Mary Carter | 13 | 11/20/2023 | N / A | N / A |
| 23-20898-VFP | Eric Wallace and Nicole Ellis | 13 | 11/21/2023 | N / A | N / A |
| 23-21041-VFP | Eucaris Perez | 13 | 11/28/2023 | N / A | N / A |
| 23-21215-MEH | Christine R. Hill | 13 | 12/1/2023 | N / A | N / A |
| 23-21274-ABA | Diane M. Ortiz | 13 | 12/4/2023 | N / A | N / A |
| 23-21286-ABA | Nicholas Ciccarone, Jr. and Lisa Ciccarone | 7 | 12/5/2023 | N / A | N / A |
| 23-21284-JNP | Deborah A. Derricott | 13 | 12/5/2023 | N / A | N / A |
| 23-21286-ABA | Nicholas Ciccarone, Jr. and Lisa Ciccarone | 7 | 12/5/2023 | N / A | N / A |
| 23-21408-MEH | Visitacion A. Agnes | 13 | 12/8/2023 | N / A | N / A |
| 23-21537-RG | Luther Gregg | 13 | 12/13/2023 | N / A | N / A |
| 23-21618-RG | Bethany A Iruegas and Carlos A Iruegas- Rodriguez | 13 | 12/15/2023 | N / A | N / A |
| 23-21718-ABA | Gregory L. Medley, Jr. and Sydell Medley | 13 | 12/20/2023 | N / A | N / A |
| 23-21894-ABA | Frederick D. Mauro | 13 | 12/27/2023 | N / A | N / A |
| 24-10104-ABA | Mark Goncharov | 13 | 1/5/2024 | N / A | N / A |
| 24-10306-CMG | Theodore R. Thomas and Michelle L. Thomas | 13 | 1/11/2024 | N / A | N / A |
| 24-10337-ABA | Danielle N. Pavlovich | 13 | 1/12/2024 | N / A | N / A |
| 24-10368-MBK | Daniel J. Brewton | 13 | 1/15/2024 | N / A | N / A |
| 24-10808-MBK | Louise DiMeo | 13 | 1/30/2024 | N / A | N / A |
| 24-10973-ABA | Melva Adelaide Pratt | 13 | 2/1/2024 | N / A | N / A |
| 24-11140-JNP | Harold E. VanLuvender | 13 | 2/6/2024 | N / A | N / A |
| 24-11386-JNP | Scott A. Mongo and Diana D. Mongo | 13 | 2/14/2024 | N / A | N / A |
| 24-11413-JNP | Jose M Cosme and Lourdes Minerva Carmona | 13 | 2/14/2024 | N / A | N / A |
| 24-11386-JNP | Scott A. Mongo and Diana D. Mongo | 13 | 2/14/2024 | N / A | N / A |
| 24-11413-JNP | Jose M Cosme and Lourdes Minerva Carmona | 13 | 2/14/2024 | N / A | N / A |
| 24-11669-MBK | Nelson Pedro Vieira and Claudia Fabiana Vieira | 13 | 2/22/2024 | N / A | N / A |
| 24-11723-ABA | Melinda A Jess | 13 | 2/23/2024 | N / A | N / A |
| 24-12157-JNP | Trevor C. Beckles and Berenice Antoinette Beckles | 13 | 2/29/2024 | N / A | N / A |
| 24-12637-ABA | Amy L Mount | 13 | 3/12/2024 | N / A | N / A |
| 24-12663-JNP | Brian Patrick Hadley and Katiria Martinez | 13 | 3/12/2024 | N / A | N / A |
| 24-12637-ABA | Amy L Mount | 13 | 3/12/2024 | N / A | N / A |
| 24-12663-JNP | Brian Patrick Hadley and Katiria Martinez | 13 | 3/12/2024 | N / A | N / A |
| 24-12775-MBK | Joshua M Sanders and Bahseemah T Sanders | 13 | 3/15/2024 | N / A | N / A |
| 24-12874-ABA | Leonardo R. Hernandez-Rodriguez and Geraldine J. | 13 | 3/19/2024 | N / A | N / A |

| | Hernandez | | | | |
|---|---|---|---|---|---|
| 24-12925-CMG | Amr Faraage Selim | 13 | 3/20/2024 | N / A | N / A |
| 24-13093-RG | Peter J. Kowalsky | 13 | 3/25/2024 | N / A | N / A |
| 24-13161-JNP | Wayne Morgan and Merle Villanueva Morgan | 13 | 3/27/2024 | N / A | N / A |
| 24-13293-ABA | Christopher Vessels | 13 | 3/29/2024 | N / A | N / A |
| 24-13377-MEH | Paul M Giglio and Christina M Giglio | 13 | 4/1/2024 | N / A | N / A |
| 24-13444-MBK | Robert Harold Seitz and Joanne M. Bijeau | 13 | 4/3/2024 | N / A | N / A |
| 24-13618-ABA | Timothy F. Hiddemen and Christa M. Hiddemen | 13 | 4/8/2024 | N / A | N / A |
| 24-13916-JNP | Meghan A. Paster | 13 | 4/17/2024 | N / A | N / A |
| 24-14091-JNP | Pamela Rebecca Palmer | 13 | 4/22/2024 | N / A | N / A |
| 24-14085-MBK | Terry E. Lameo, II and Mary A. Lameo | 13 | 4/22/2024 | N / A | N / A |
| 24-14149-MEH | Worrel G James | 13 | 4/24/2024 | N / A | N / A |
| 24-14536-ABA | Khendel Denise Ruffin | 13 | 5/2/2024 | N / A | N / A |
| 24-14555-JNP | Patrick D. Cornell and Ryan L. Cornell | 13 | 5/2/2024 | N / A | N / A |
| 24-14670-JNP | Megan S. Catana | 13 | 5/7/2024 | N / A | N / A |
| 24-14726-RG | Charles Johnson | 13 | 5/8/2024 | N / A | N / A |
| 24-14829-CMG | Todd Dexter and Marcia Dexter | 13 | 5/10/2024 | N / A | N / A |
| 24-14894-JNP | Richard R. Myers and Christina L. Myers | 13 | 5/14/2024 | N / A | N / A |
| 24-14990-JNP | John Anthony Olszewski | 13 | 5/16/2024 | N / A | N / A |
| 24-15037-MEH | Nelson Salinas and Carmen Larrea | 13 | 5/17/2024 | N / A | N / A |
| 24-15146-JNP | Julia E. Berry | 13 | 5/21/2024 | N / A | N / A |
| 24-15202-ABA | Joseph A. Narducci and Paige Narducci | 13 | 5/22/2024 | N / A | N / A |
| 24-15371-MBK | Mark E. Pokryska | 13 | 5/28/2024 | N / A | N / A |
| 24-15663-JNP | Jerry Robert Hunter, Jr. | 13 | 6/4/2024 | N / A | N / A |
| 24-15859-RG | Sadie E. Anderson | 13 | 6/10/2024 | N / A | N / A |
| 24-16085-CMG | Alan Houghton and Carrie Houghton | 13 | 6/17/2024 | N / A | N / A |
| 24-16157-ABA | Hassan Hameed-El | 13 | 6/19/2024 | N / A | N / A |
| 24-16589-ABA | Jeffrey A. Ball and Suzanne M. Ball | 13 | 6/29/2024 | N / A | N / A |
| 24-16596-JNP | Jennifer C. Johnson | 13 | 6/30/2024 | N / A | N / A |
| 24-16599-JNP | Manuel A. Palau and Idamir Palau | 13 | 6/30/2024 | N / A | N / A |
| 24-16986-JNP | Joyce E. Howard | 13 | 7/12/2024 | N / A | N / A |
| 24-17097-JNP | Matthew M. Harris | 13 | 7/16/2024 | N / A | N / A |
| 24-17954-ABA | Hector Armando Rivera Rosado and Nilsa Maria Rodriguez | 13 | 8/11/2024 | N / A | N / A |
| 24-18132-JNP | Ana A. Rosado | 13 | 8/16/2024 | N / A | N / A |
| 24-18135-JNP | William J. Belmar and Sharon K. Belmar | 13 | 8/16/2024 | N / A | N / A |

| 24-18368-JNP | Shakia R. Adams | 13 | 8/23/2024 | N / A | N / A |
| 24-18507-JNP | Candice J. Gonzalez | 13 | 8/28/2024 | N / A | N / A |
| 24-18788-ABA | Lissette Simpkins | 13 | 9/4/2024 | N / A | N / A |
| 24-18784-ABA | Michael Anthony Russell | 13 | 9/4/2024 | N / A | N / A |
| 24-18788-ABA | Lissette Simpkins | 13 | 9/4/2024 | N / A | N / A |
| 24-19763-ABA | Andriana Y Leiva-Flores | 13 | 10/2/2024 | N / A | N / A |
| 24-20064-JNP | Melissa A. Hicks | 13 | 10/11/2024 | N / A | N / A |