| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Darlene M. Hughes<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6577<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–22829–ABA | | |

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Darlene M. Hughes

<u>4/16/25</u>                                                           **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

 ♦ debts that are domestic support
    obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-22829-ABA |
| Darlene M. Hughes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 16, 2025 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darlene M. Hughes, 447 Second Ave., Bellmawr, NJ 08031-1412 |
| cr | + | FLAGSTAR BANK, FSB, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | PHH MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | PINGORA LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517727088 | + | CAMDEN COUNTY MUA, 1645 FERRY AVE, CAMDEN NJ 08104-1311 |
| 517611266 | + | Caldwell Banker Home Loans, Attn: Bankruptcy Dept., PO Box 5954, Springfield, OH 45501-5954 |
| 517611270 | + | Diversified Consultants, Inc., Diversified Consultants, Inc., Po Box 551268, Jacksonville, FL 32255-1268 |
| 517611276 | + | Phelan Hallinan Diamond & Jones, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517611277 | + | Pingora Loan Servicing, LLC, Attn: Bankruptcy Dept., 1755 Blake St., Suite 200, Denver, CO 80202-1479 |
| 517611280 | + | U.S. Financial Services Inc., 21599 West Eleven Mile, Suite 100, Southfield, MI 48076-3800 |
| 517611281 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Apr 16 2025 21:42:51 | Angela C. Pattison, Hill Wallack, LLP, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 16 2025 21:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 16 2025 21:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Apr 16 2025 21:21:37 | Lending Club Bank, 3440 Flair Dr,, El Monta, CA 91731-2823 |
| 517611264 | + | Email/Text: bncnotifications@pheaa.org | Apr 16 2025 21:22:00 | Aes/pnc Bank, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517611265 | + | Email/Text: boroclerk@bellmawr.com | Apr 16 2025 21:23:00 | Borough of Bellmawr, Tax Office, 21 East Browning Rd., Bellmawr, NJ 08031-2345 |
| 519236529 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2025 21:22:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 519790408 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2025 21:22:00 | Wilmington Savings Fund Society, FSB, as trustee o, 1600 South Douglass Road, Anaheim CA, 92806 |
| 517611267 | ^ | MEBN | Apr 16 2025 21:41:13 | Camden County MUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 517611268 | + | EDI: CAPITALONE.COM | | |

Case 18-22829-ABA    Doc 111    Filed 04/18/25    Entered 04/19/25 00:15:40    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2025 | Form ID: 3180W | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517699158 | | EDI: CAPITALONE.COM | Apr 17 2025 00:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517611269 | + | EDI: JPMORGANCHASE | Apr 17 2025 00:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518143501 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 17 2025 00:52:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |
| 518143502 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 16 2025 21:23:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517611271 | | Email/Text: bankruptcycourts@equifax.com | Apr 16 2025 21:23:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517611272 | ^ | MEBN | Apr 16 2025 21:23:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 517909914 | | Email/Text: servicingmailhub@flagstar.com | Apr 16 2025 21:21:34 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517909915 | | Email/Text: servicingmailhub@flagstar.com | Apr 16 2025 21:23:00 | FLAGSTAR BANK, FSB, ATTN: CUSTOMER SERVICE, DEPARTMENT, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 517611273 | + | EDI: IRS.COM | Apr 16 2025 21:23:00 | FLAGSTAR BANK, FSB, ATTN: CUSTOMER SERVICE, DEPARTMENT, 5151 CORPORATE DRIVE, TROY, MI 48098-2639, FLAGSTAR BANK, FSB |
| 517611274 | + | EDI: LENDNGCLUB | Apr 17 2025 00:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518651305 | + | Email/Text: BKRMailOps@weltman.com | Apr 17 2025 00:53:00 | Lending Club Corp, 71 Stevenson St, Suite 1000, San Francisco, CA 94105-2967 |
| 517653258 | + | Email/Text: BKRMailOps@weltman.com | Apr 16 2025 21:23:00 | MMCA, Its Successor and Assigns, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 517611275 | + | Email/Text: bankruptcy@wofco.com | Apr 16 2025 21:23:00 | MMCA, Its Successor and Assigns, c/o Weltman, Weinberg & Reis Co LPA, 323 W. Lakeside Ave Suite 200, Cleveland OH 44113-1009 |
| 517650585 | + | Email/Text: bncnotifications@pheaa.org | Apr 16 2025 21:22:00 | Mitsubishi Motors Credit of America, Inc, Attention: Banktruptcy Department, 3120 Rider Trail S, Earth City, MO 63045-1518 |
| 517717111 | + | EDI: LCIPHHMRGT | Apr 16 2025 21:22:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 517611278 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 17 2025 00:53:00 | PHH MORTGAGE CORPORATION, PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAILSTOP: SV01, MT. LAUREL NJ 08054-4624 |
| 517611279 | ^ | MEBN | Apr 16 2025 21:22:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517694857 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 16 2025 21:40:21 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| | | | Apr 16 2025 21:41:42 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason   Name and Address**

Case 18-22829-ABA    Doc 111    Filed 04/18/25    Entered 04/19/25 00:15:40    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2025 | Form ID: 3180W | Total Noticed: 39 |

519236530    *P++    CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Craig Scott Keiser | on behalf of Creditor PHH MORTGAGE CORPORATION craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor PINGORA LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor PINGORA LOAN SERVICING  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust I, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor FLAGSTAR BANK  FSB nj.bkecf@fedphe.com |
| Ronald S. Gellert | on behalf of Creditor Mitsubishi Motors Credit Of America  Inc. rgellert@gsbblaw.com, abrown@gsbblaw.com;mfriedman@gsbblaw.com |
| Thomas G. Egner | on behalf of Debtor Darlene M. Hughes tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11